DOMINGO PENA
REG. NO. 42868-083
FMC DEVENS P.O BOX 879
AYER MASSACHUSETTS 01432

Plaintiff, pro se

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| DOMINGO PEÑA ) | **04-40191** |
| ) | |
| ) Plaintiff, ) | Civil Case No._____ |
| vs. ) | |
| ) | MOTION FOR LEAVE TO PROCEED |
| UNITED STATES OF AMERICA ) | IN FORMA PAUPERIS |
| ) Defendant(s) ) | |

COMES NOW, DOMINGO PEÑA the Plaintiff in the above entitled cause and moves the Court to enter its order granting leave to the Plaintiff to proceed In Forma Pauperis in the captioned cause.

In connection therewith, the Plaintiff attaches his affidavit of poverty, which is incorporated herein by reference as though fully set forth.

Dated: This 9TH day of SEPTEMBER, 2004.

By the Plaintiff,

*Domingo Peña*
DOMINGO PEÑA