# United States District Court

BOSTON _____ DISTRICT OF _____ MASSACHUSETTS

DOMINGO PEÑA
    Plaintiff,

v.

UNITED STATES OF AMERICA
    Defendant

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

## 04-40191

I, DOMINGO PEÑA _____, declare that I am the (check appropriate box)

☒ petitioner/plaintiff     ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes ☒   No ☐
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    FMC DEVENS      SALARY IS $9.00 MONTHLY

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    N/A

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes ☐   No ☒
    b. Rent payments, interest or dividends?    Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
    d. Gifts or inheritances?    Yes ☐   No ☒
    e. Any other sources?    Yes ☐   No ☒

PEÑA

REPORT OF ACCOUNT BALANCE

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 42808083 | Current Institution: | Devens FMC |
| Inmate Name: | PENA, DOMINGO | Housing Unit: | H UNIT |
| Report Date: | 09/07/2004 | Living Quarters: | H04-403L |
| Report Time: | 1:33:06 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8009 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/4/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/5/2004 10:20:01 PM |
| Account Status: | Active |
| ITS Balance: | $1.06 |

**FRP Plan Information**

FRP Plan Type    Expected Amount    Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $5.08 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $5.08 |
| National 6 Months Deposits: | $190.52 |
| National 6 Months Withdrawals: | $195.55 |
| National 6 Months Avg Daily Balance: | $21.61 |
| Local Max. Balance - Prev. 30 Days: | $30.08 |
| Average Balance - Prev. 30 Days: | $16.46 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $52.40
Last Sales Date: 5/21/2004 11:28:43 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

## All Transactions

[PRINT]

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 42808083 | Current Institution: | Devens FMC | |
| Inmate Name: | PENA, DOMINGO | Housing Unit: | I UNIT | |
| Report Date: | 09/07/2004 | Living Quarters: | I04-403L | |
| Report Time: | 1:33:53 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 9/5/2004 10:20:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0905 | | $5.08 |
| 8/29/2004 5:45:14 PM | AMService | ITS Withdrawal | ($5.00) | ITS0829 | | $10.08 |
| 8/22/2004 12:45:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0822 | | $15.08 |
| 8/15/2004 4:23:08 PM | AMService | ITS Withdrawal | ($5.00) | ITS0815 | | $20.08 |
| 8/8/2004 12:22:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS0808 | | $25.08 |
| 8/7/2004 1:14:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0807 | | $30.08 |
| 8/5/2004 7:07:54 AM | DEV2004 | Payroll - IPP | $10.08 | 4JV132 | | $35.08 |
| 7/31/2004 9:42:13 PM | AMService | ITS Withdrawal | ($5.00) | ITS0731 | | $25.00 |
| 7/25/2004 4:48:54 PM | AMService | ITS Withdrawal | ($5.00) | ITS0725 | | $30.00 |
| 7/22/2004 5:47:25 PM | AMService | ITS Withdrawal | ($5.00) | ITS0722 | | $35.00 |
| 7/18/2004 5:55:42 PM | AMService | ITS Withdrawal | ($5.00) | ITS0718 | | $40.00 |
| 7/17/2004 3:27:09 PM | AMService | ITS Withdrawal | ($5.00) | ITS0717 | | $45.00 |
| 7/14/2004 6:43:37 PM | AMService | ITS Withdrawal | ($3.00) | ITS0714 | | $50.00 |
| 7/11/2004 9:30:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0711 | | $53.00 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $10.08 | 4JV117 | | $58.00 |
| 7/3/2004 7:48:42 PM | AMService | ITS Withdrawal | ($5.00) | ITS0703 | | $47.92 |
| 7/3/2004 2:17:28 PM | AMService | ITS Withdrawal | ($3.00) | ITS0703 | | $52.92 |
| 7/2/2004 1:48:20 PM | DEV2007 | Local Collections | $20.00 | 17712 | | $55.92 |
| 6/29/2004 4:44:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | | $35.92 |
| 6/27/2004 1:19:59 PM | AMService | ITS Withdrawal | ($4.00) | ITS0627 | | $40.92 |
| 6/26/2004 4:50:30 PM | AMService | ITS Withdrawal | ($5.00) | ITS0626 | | $44.92 |
| 6/25/2004 10:43:58 PM | AMService | ITS Withdrawal | ($1.00) | ITS0625 | | $49.92 |
| 6/21/2004 8:42:21 PM | AMService | ITS Withdrawal | ($3.00) | ITS0621 | | $50.92 |
| 6/20/2004 6:17:27 PM | AMService | ITS Withdrawal | ($2.00) | ITS0620 | | $53.92 |
| 6/19/2004 1:01:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0619 | | $55.92 |
| 6/15/2004 10:50:11 PM | AMService | ITS Withdrawal | ($2.00) | ITS0615 | | $60.92 |
| 6/14/2004 2:19:44 PM | DEV2004 | Local Collections | $45.00 | 16566 | | $62.92 |
| 6/10/2004 11:00:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0610 | | $17.92 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $15.00 | 4JV102 | | $22.92 |
| 6/3/2004 8:06:34 PM | AMService | ITS Withdrawal | ($5.00) | ITS0603 | | $7.92 |
| 5/31/2004 7:44:39 PM | AMService | ITS Withdrawal | ($1.00) | ITS0531 | | $12.92 |
| 5/30/2004 2:34:14 PM | AMService | ITS Withdrawal | ($5.00) | ITS0530 | | $13.92 |
| 5/30/2004 12:06:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS0530 | | $18.92 |
| 5/21/2004 11:28:43 AM | DEV3006 | Sales | ($6.90) | 17 | | $23.92 |
| 5/20/2004 7:38:30 PM | AMService | ITS Withdrawal | ($5.00) | ITS0520 | | $30.82 |
| 5/20/2004 1:38:25 PM | DEV2007 | Local Collections | $30.00 | 15087 | | $35.82 |
| 5/16/2004 11:48:15 AM | AMService | ITS Withdrawal | ($5.00) | ITS0516 | | $5.82 |
| 5/5/2004 11:29:10 PM | AMService | ITS Withdrawal | ($5.00) | ITS0505 | | $10.82 |
| 5/5/2004 9:39:51 AM | DEV2007 | Payroll - IPP | $15.36 | 4JV082 | | $15.82 |
| 4/25/2004 5:27:31 PM | AMService | ITS Withdrawal | ($4.00) | ITS0425 | | $0.46 |
| 4/18/2004 2:36:28 PM | AMService | ITS Withdrawal | ($4.00) | ITS0418 | | $4.46 |
| 4/11/2004 5:15:26 PM | AMService | ITS Withdrawal | ($2.00) | ITS0411 | | $8.46 |
| 4/7/2004 11:02:40 PM | AMService | ITS Withdrawal | ($5.00) | ITS0407 | | $10.46 |
| 4/5/2004 9:17:13 AM | DEV2004 | Payroll - IPP | $15.00 | 4JV068 | | $15.46 |
| 3/28/2004 8:32:28 PM | AMService | ITS Withdrawal | ($5.00) | ITS0328 | | $0.46 |
| 3/21/2004 12:12:38 PM | AMService | ITS Withdrawal | ($2.00) | ITS0321 | | $5.46 |
| 3/18/2004 11:38:35 AM | DEV3007 | Sales | ($15.65) | 20 | | $7.46 |
| 3/15/2004 6:10:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0315 | | $23.11 |
| 3/14/2004 5:38:25 PM | AMService | ITS Withdrawal | ($5.00) | ITS0314 | | $28.11 |
| 3/13/2004 10:00:11 PM | AMService | ITS Withdrawal | ($5.00) | ITS0313 | | $33.11 |

1 2