RECEIPT # 404408
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

FILING FEE PAID
RECEIPT # 404408
AMOUNT $ 5.00
BY DPTY CLK K/L
DATE 9-23-04

Plaintiff, pro se

## UNITED STATES DISTRICT COURT

|  | ) | **04 - 40191** |
| DOMINGO PEÑA | ) | |
| Plaintiff, | ) | Civil Case No. _____ |
| vs. | ) | |
| | ) | **AFFIDAVIT OF POVERTY** |
| UNITED STATES OF AMERICA | ) | |
| Defendant(s) | ) | |
|  | ) | |

COMES NOW, DOMINGO PEÑA               , the Plaintiff in the above entitled cause, and
states under his oath and under the pains and penalties of perjury the following:

1. The Plaintiff is a federal prisoner, incarcerated at the <u>FEDERAL MEDICAL CENTER DEVENS</u>
   <u>P.O BOX 879 AYER</u> , <u>MA</u> <u>01432</u>

2. Plaintiff is unable to pay the costs for the above-entitled cause of action, or give security
   thereof.

3. Plaintiff seeks redress of his grievances against Bureau of Prisons employees for violation of
   his Constitutional Rights. This Court has jurisdiction of this matter by virtue of 28 USC
   1331 and <u>Bivens</u> v. <u>Six Unknown Agents of Federal Bureau of Narcotics</u>, 403 U. S. 388
   (1971). Venue is vested by virtue of the provisions of 28 USC1391 (b).

4. Plaintiff is filing his <u>Motion to Proceed In Forma Pauperis</u>, and in connection therewith he
   attaches this Affidavit of Poverty so that the Court will waive his costs because he has no
   funds and is unable to pay.

Dated: <u>9-12-04</u>

<u>Domingo Peña</u>
DOMINGO PEÑA, Plaintiff, pro se