UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINGO PENA, ) | |
| ) | Civil Action No. 04-CV-40191-WGY |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID L. WINN, Warden, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Respondent, David L. Winn, hereby moves for an extension until November 15,2004, 2004, to answer or otherwise respond to the instant Petition.

The instant Petition involves allegations that Bureau of Prisons regulations governing the calculation of good time credits are invalid. On or about October 6, 2004, the United States Bureau of Prisons was served with a copy of the Petition, along with an order directing that an answer be filed within twenty (20) days. Undersigned counsel has inadvertently allowed that period to expire.

Counsel for the respondent believes this to be an action that may be appropriately resolved by way of a dispositive motion and the extension requested is reasonably necessary to prepare a responsive pleading. Moreover, the request is in accord with Fed. R. Civ. P. 12(a)(3)(A), which ordinarily allows the United States sixty (60) days in which to answer.

  Wherefore, the Respondent, David L. Winn, requests that this Court allow an extension, until November 15, 2004, to answer or otherwise respond to the Petition.

                MICHAEL J. SULLIVAN
                United States Attorney

                By:  /s/ Mark J. Grady
                Mark J. Grady
                Assistant United States Attorney
                United States Attorney's Office
                John Joseph Moakley U.S. Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA  02210
                617-748-3100

Dated: November 1, 2004

## CERTIFICATE UNDER L.R. 7.1

  The respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

                 /s/ Mark J. Grady
                Mark J. Grady
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 1st day of November 2004 service of the foregoing Motion has been made upon the Petitioner Domingo Pena Reg#42808-083, Federal Medical Center-Devens, PO Box 879, Ayer, MA 01432 by depositing a copy in the United States mail, postage prepaid.

                 /s/ Mark J. Grady
                Mark J. Grady
                Assistant United States Attorney