UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINGO PENA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, Warden, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-CV-40191-WGY |

## RESPONDENT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Respondent, David Winn, hereby moves for dismissal on the ground that the Petition fails to state a claim upon which relief may be granted. In support of the motion, the Respondent submits the attached memorandum of law and exhibits.

Wherefore, the Respondent requests that the Petition be dismissed.

>Respectfully submitted,
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:   /s/ Mark Grady
>MARK GRADY
>Assistant U.S. Attorney
>John Joseph Moakley U. S. Courthouse
>One Courthouse Way, Suite 9200
>Boston, Massachusetts 02210
>(617) 748-3136

## CERTIFICATE OF COMPLIANCE

The Respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2004, the foregoing document was served upon Petitioner, Domingo Pena, Reg. No. 42808-083, FMC Devens, P.O. Box 879, Ayer, MA 01432 by mail.

>/s/ Mark Grady
>Mark Grady