```
    DEVAA              *          PUBLIC INFORMATION            *    10-18-2004
 PAGE 001   Case 4:04-cv-40191-WGY  Document 6-3  Filed 11/08/2004  Page 1 of 7 07:41:36
                                  INMATE DATA
                                AS OF 10-18-2004
```

```
REGNO..: 42808-083  NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000     FAX: 978-796-1118
                                                 RACE/SEX...: WHITE / MALE
FBI NUMBER.: 352835HB7                           DOB/AGE....: 04-01-1967 / 37
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 08-25-2019                          PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY ------------------------------
FCL     ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL 12-17-1999 1623  CURRENT
4-D     RELEASE     RELEASED FROM IN-TRANSIT FACL 12-17-1999 1623  12-17-1999 1623
4-D     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-17-1999 1150 12-17-1999 1623
OTV     HLD REMOVE  HOLDOVER REMOVED              12-17-1999 1150  12-17-1999 1150
OTV     A-HLD       HOLDOVER, TEMPORARILY HOUSED  12-08-1999 1100  12-17-1999 1150
B01     RELEASE     RELEASED FROM IN-TRANSIT FACL 12-08-1999 1100  12-08-1999 1100
B01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-08-1999 0515 12-08-1999 1100
LEW     HLD REMOVE  HOLDOVER REMOVED              12-08-1999 0515  12-08-1999 0515

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 42808-083  NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010            ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 978-796-1000    FAX: 978-796-1118

LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED    12-06-1999 2229 12-08-1999 0515
6-H   RELEASE     RELEASED FROM IN-TRANSIT FACL   12-06-1999 2229 12-06-1999 2229
6-H   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-06-1999 1005 12-06-1999 2229
CUM   TRANSFER    TRANSFER                        12-06-1999 1005 12-06-1999 1005
CUM   A-DES       DESIGNATED, AT ASSIGNED FACIL   10-05-1998 1845 12-06-1999 1005
0-Q   RELEASE     RELEASED FROM IN-TRANSIT FACL   10-05-1998 1845 10-05-1998 1845
0-Q   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  09-23-1998 1209 10-05-1998 1845
CBR   ADMIN REL   ADMINISTRATIVE RELEASE          09-23-1998 1209 09-23-1998 1209
CBR   A-ADMIN     ADMINISTRATIVE ADMISSION        09-23-1998 1153 09-23-1998 1209




G0002           MORE PAGES TO FOLLOW . . .
```

REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000     FAX: 978-796-1118
PRE-RELEASE PREPARATION DATE: 02-25-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-25-2019 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------------

COURT OF JURISDICTION............: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER....................: 1:98CR00132-011
JUDGE............................: CACHERIS
DATE SENTENCED/PROBATION IMPOSED: 09-09-1998
DATE COMMITTED...................: 10-05-1998
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO..: 42808-083  NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FAX: 978-796-1118

                  FELONY ASSESS   MISDMNR ASSESS     FINES             COSTS
NON-COMMITTED.:   $200.00         $00.00             $00.00            $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:   391
OFF/CHG: 21:846 CONSPIRACY TO DIST & TO POSS W/INTENT TO DIST 5 KILOS
         OR MORE OF COCAINE SCH II & TO DIST & TO POSS W/INTENT 50 GMS
         OR MORE OF "CRACK" COCAINE (SCH II); 21:841(A)(1)& 18:2 POSS
         W/INTENT TO DIST 50 GMS OR MORE OF "CRACK" COCAINE (SCH II)


G0002         MORE PAGES TO FOLLOW . . .
```

```
       DEVAA                *       PUBLIC INFORMATION    *     10-18-2004
PAGE 005   Case 4:04-cv-40191-WGY   Document 6-3   Filed 11/08/2004   Page 5 of 7   07:41:36
                                    INMATE DATA
                                 AS OF 10-18-2004
```

```
REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FAX: 978-796-1118
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   292 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 04-07-1998

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-23-1998 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-09-1998
TOTAL TERM IN EFFECT............:   292 MONTHS

G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FAX: 978-796-1118
TOTAL TERM IN EFFECT CONVERTED..:    24 YEARS      4 MONTHS
EARLIEST DATE OF OFFENSE........: 04-07-1998

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    04-17-1998     04-21-1998
                                    06-18-1998     09-08-1998

TOTAL PRIOR CREDIT TIME.........: 88
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1144
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 08-25-2019
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-12-2022

G0002          MORE PAGES TO FOLLOW . . .
```

```
    DEVAA                *         PUBLIC INFORMATION          *   10-18-2004
PAGE 007  Case 4:04-cv-40191-WGY   Document 6-3    Filed 11/08/2004   Page 7 of 7  07:41:36
                                    INMATE DATA
                                  AS OF 10-18-2004
```

REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FAX: 978-796-1118


PROJECTED SATISFACTION DATE.....: 08-25-2019
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE