```
  DEVAA  540*23 *           SENTENCE MONITORING        *   10-18-2004
PAGE 001         *           COMPUTATION DATA           *   07:42:08
                               AS OF 10-18-2004

REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO


FBI NO...........: 352835HB7
ARS1.............: DEV/A-DES            DATE OF BIRTH: 04-01-1967
UNIT.............: H UNIT
DETAINERS........: NO                   QUARTERS.....: H04-403L
                                        NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 02-25-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-25-2019 VIA GCT REL

--------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:98CR00132-011
JUDGE...........................: CACHERIS
DATE SENTENCED/PROBATION IMPOSED: 09-09-1998
DATE COMMITTED..................: 10-05-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO DIST & TO POSS W/INTENT TO DIST 5 KILOS
         OR MORE OF COCAINE SCH II & TO DIST & TO POSS W/INTENT 50 GMS
         OR MORE OF "CRACK" COCAINE (SCH II); 21:841(A)(1)& 18:2 POSS
         W/INTENT TO DIST 50 GMS OR MORE OF "CRACK" COCAINE (SCH II)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  292 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 DATE OF OFFENSE................: 04-07-1998



G0002      MORE PAGES TO FOLLOW . . .
```

```
    DEVAA  540*23 *            SENTENCE MONITORING        *     10-18-2004
PAGE 002 OF 002 *            COMPUTATION DATA            *     07:42:08
                             AS OF 10-18-2004

REGNO..: 42808-083 NAME: PENA, DOMINGO NOLBERTO


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-23-1998 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-09-1998
TOTAL TERM IN EFFECT............:  292 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   24 YEARS      4 MONTHS
EARLIEST DATE OF OFFENSE........: 04-07-1998

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     04-17-1998    04-21-1998
                                     06-18-1998    09-08-1998

TOTAL PRIOR CREDIT TIME.........: 88
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1144
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 08-25-2019
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-12-2022


PROJECTED SATISFACTION DATE.....: 08-25-2019
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```