```
DEVAA  542*22 *          SENTENCE MONITORING         *    10-18-2004
PAGE 001 OF 001 *          GOOD TIME DATA            *    07:42:23
                         AS OF  10-18-2004

REGNO...: 42808-083    NAME: PENA, DOMINGO NOLBERTO
ARS 1...: DEV A-DES                                  PLRA
COMPUTATION NUMBER..: 010          FUNC..: PRT    ACT DT:
LAST UPDATED:  DATE.: 10-23-1998   FACL..: CUM    CALC: AUTOMATIC
UNIT................: H UNIT       QUARTERS............: H04-403L
DATE COMP BEGINS....: 09-09-1998   COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 88           TOTAL INOP TIME.....: 0
CURRENT REL DT......: 11-22-2021 MON   EXPIRES FULL TERM DT: 10-12-2022
PROJ SATISFACT DT...: 08-25-2019 SUN   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:

-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
   START        STOP       MAX POSSIBLE TO    ACTUAL TOTALS   VESTED    VESTED
   DATE         DATE       DIS    FFT         DIS    FFT      AMOUNT    DATE
  06-13-1998  06-12-1999    54     54
  06-13-1999  06-12-2000    54    108
  06-13-2000  06-12-2001    54    162
  06-13-2001  06-12-2002    54    216
  06-13-2002  06-12-2003    54    270
  06-13-2003  06-12-2004    54    324
  06-13-2004  06-12-2005    54
  06-13-2005  06-12-2006    54
  06-13-2006  06-12-2007    54
  06-13-2007  06-12-2008    54
  06-13-2008  06-12-2009    54
  06-13-2009  06-12-2010    54
  06-13-2010  06-12-2011    54
  06-13-2011  06-12-2012    54
  06-13-2012  06-12-2013    54
  06-13-2013  06-12-2014    54
  06-13-2014  06-12-2015    54
  06-13-2015  06-12-2016    54
  06-13-2016  06-12-2017    54
  06-13-2017  06-12-2018    54
  06-13-2018  06-12-2019    54
  06-13-2019  08-25-2019    10

   TOTAL EARNED AMOUNT...................................:   324
   TOTAL EARNED AND PROJECTED AMOUNT.....................:  1144


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```