```
         FUNCTION: LST  SCOPE: REG    EQ 42808-083    OUTPUT FORMAT: SAN
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____     DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
SUBJECTS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: __         RECEIPT: ___ "OR" EXTENSION: ___
RCV  OFC : EQ ____
TRACK: DEPT:    ____ ____ ____ ____ ____ ____
      PERSON:  ____ ____ ____ ____ ____ ____
      TYPE:    ____ ____ ____ ____ ____ ____
EVNT FACL: EQ  ____ ____ ____ ____ ____ ____
RCV FACL.: EQ  ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ  ____ ____ ____ ____ ____ ____
RCV QTR..: EQ  ____ ____ ____ ____ ____ ____
ORIG FACL: EQ  ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ  ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ  ____ ____ ____ ____ ____ ____
```

G5152          NO REMEDY DATA EXISTS FOR THIS INMATE